IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEWIS DIXIE,

        Plaintiff,                No. 2:12-cv-2626 LKK JFM P

    vs.

TIM VIRGA, et al.,

        Defendants.        ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 26, 2012 motion for the appointment of counsel (Doc. No. 12) is denied.

DATED: January 18, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
dixi2626.31

2