IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LEWIS DIXIE,

    Plaintiff,               No. 12-cv-2626 LKK JFM P

   vs.

TIM VIRGA, et al.,

    Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se in this action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee for this action.

      On February 6, 2013, the court ordered the United States Marshal to serve process upon defendants in this case. That order provided that the court would, as appropriate, tax costs of service by subsequent order. On April 23, 2013, the United States Marshal filed returns of service (ECF No. 25) which reflect that the fee for requesting waivers of service was eight dollars ($8.00) per defendant, or a total of twenty-four dollars ($24.00).

      Good cause appearing, IT IS HEREBY ORDERED that

      1. Within thirty days from the date of this order plaintiff shall pay to the United States Marshal the sum of twenty-four dollars ($24.00) and shall file proof of such payment with this court; and

1

2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: April 28, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12
dixi2626.taxcost