UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS DIXIE,<br><br>       Plaintiff,<br><br>   v.<br><br>TIM VIRGA, et al.,<br><br>       Defendants. | No.  2:12-cv-2626 LKK DAD<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 12, 2013, plaintiff filed a Motion for Preliminary Injunction.  (ECF No. 37.)  Defendants did not file an opposition or statement of non-opposition to that motion.  On February 21, 2014, the court issued an order directing defendants to show cause for why they did not file an opposition or statement of non-opposition to plaintiff's motion within the twenty-one day period provided under Local Rule 230(l).  (ECF No. 44.)  Defendants have timely filed a response to the court's order.  (ECF No. 45.)  In their response, defendants state that they did not file an opposition to the motion for preliminary injunction pursuant to Local Rule 230(l) because they believed that they were excused from doing so by a previous court order issued on February 6, 2013 directing service by the United States Marshall (ECF No. 16).  Defendants specifically rely on the following language from that order:

/////

1

> Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Fed. R. Civ. P. 7, 11, 12, 15, 41, 55, 56, 59 and 60, and E.D. Cal. R. 110, shall be briefed pursuant to L.R. 230(l).  Failure to timely oppose such a motion may be deemed a waiver of opposition to the motion.  See L.R. 230(l).  *Opposition to all other motions need be filed only as directed by the court.*

(ECF No. 16 at 3 (emphasis added).)

The court finds that defendants reasonably relied on this language in not filing an opposition to plaintiff's motion for a preliminary injunction within the time set out in Local Rule 230(l).  Accordingly, good cause appearing, the court's order to show cause (ECF No. 44) is discharged.  Pursuant to its February 6, 2013 order, the court directs defendants to file an opposition to plaintiff's Motion for Preliminary Injunction (ECF No. 37) within twenty-one days of this order.  Plaintiff shall file a reply, if any, within seven days after defendants file their opposition.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The court's February 21, 2014 order to show cause (ECF No. 44) is DISCHARGED.
2. Within twenty-one days of this order, defendants shall file an opposition to plaintiff's Motion for Preliminary Injunction (ECF No. 37).
1. Plaintiff may file a reply, if any, within seven days after defendants file their opposition.

Dated:  March 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dixi2626.oscdischarge.docx

2