Kamala D. Harris, State Bar No. 146672
Attorney General of California
Misha D. Igra, State Bar No. 208711
Supervising Deputy Attorney General
Russa M. Boyd, State Bar No. 239380
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 319-9476
 Fax: (916) 324-5205
 E-mail: Russa.Boyd@doj.ca.gov
*Attorneys for Defendants*
*Elia, Virga and Daaiyallah Fardan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES LEWIS DIXIE,,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM VIRGA, ET AL.,**<br><br>Defendants. | 2:12-cv-2626 LKK DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On February 21, 2014, this Court ordered Defendants to file an opposition or statement of non-opposition (ECF No. 44). To Plaintiff's Motion for Preliminary Injunction (ECF No. 37.) The parties are attempting to collaboratively resolve the issues underlying Plaintiff's motion without Court intervention.

Pursuant to Local Rule 144, Plaintiff and counsel for Defendants have agreed to extend the deadline for Defendants to respond to Plaintiff's motion to March 31, 2014.

/ / /

/ / /

/ / /

1

SO STIPULATED:

Dated:  March 3, 2013

KAMALA D. HARRIS
Attorney General of California
MISHA D. IGRA
Supervising Deputy Attorney General

*/s/ Russa M. Boyd*

RUSSA M. BOYD
Deputy Attorney General
*Attorneys for Defendants Elia, Virga, and Fardan*

__     **On File**     __

JAMES DIXIE
PLAINTIFF

    IT IS SO ORDERED.

Dated:  March 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.civilr rights
Dixie2626.eotstip.doc

2