| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672 |
|   | Attorney General of California |
| 2 | MISHA D. IGRA, State Bar No. 208711 |
|   | Supervising Deputy Attorney General |
| 3 | RUSSA M. BOYD, State Bar No. 239380 |
|   | Deputy Attorney General |
| 4 |  1300 I Street, Suite 125 |
|   |  P.O. Box 944255 |
| 5 |  Sacramento, CA 94244-2550 |
|   |  Telephone:  (916) 319-9476 |
| 6 |  Fax:  (916) 324-5205 |
|   |  E-mail:  Russa.Boyd@doj.ca.gov |
| 7 | *Attorneys for Defendants* |
|   | *Elia, Virga and Fardan* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES LEWIS DIXIE,,** | 2:12-cv-2626 LKK DAD |
| Plaintiff, | **SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| **TIM VIRGA, ET AL.,** | |
| Defendants. | |

On March 6, 2014, this Court approved the parties' stipulation to extend time (ECF No. 50) for Defendants to respond to Plaintiff's motion for a preliminary injunction. (ECF No. 37.) The parties have continued to work collaboratively to resolve the issues underlying Plaintiff's motion without Court intervention.

While the parties have made progress toward resolving the issues raised in Plaintiff's motion, the parties agree that additional time to attempt to resolve those issues is reasonable and warranted.

///

///

1

1  Therefore, pursuant to Local Rule 144, Plaintiff and counsel for Defendants have agreed to a second extension of the deadline for Defendants to respond to Plaintiff's motion to April 11, 2014.

SO STIPULATED

Dated:  March 28, 2014

KAMALA D. HARRIS
Attorney General of California
MISHA D. IGRA
Supervising Deputy Attorney General

*/s/ Russa M. Boyd*

RUSSA M. BOYD
Deputy Attorney General
*Attorneys for Defendants Elia, Virga, and Fardan*

**On File**

JAMES DIXIE
PLAINTIFF

IT IS SO ORDERED.

Dated:  March 31, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.civilrights
Dixi2626.eotstip(3).docx

2

Stipulation and Order Extending Time to Respond to Plaintiff's Motion for a Preliminary Injunction.  (2:12-cv-2626 LKK DAD)