UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS DIXIE,   Plaintiff,   v.   TIM VIRGA, et al.,   Defendants. | No. 2:12-cv-2626 LKK DAD P   ORDER |

As required by Local Rule 182(g), defendant Marc Elia has filed a proposed Consent Order Granting Substitution of Counsel, pursuant to which attorney Timothy P. Murphy, Esq. of Edrington, Schirmer & Murphy LLP will substitute in as counsel of record for defendant Elia in place of California Deputy Attorney General Russa M. Boyd.  (See ECF No. 69.)

The substitution of attorney is hereby approved and SO ORDERED.

Dated:  July 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
dixi2626.subst.atty.

1