UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES LEWIS DIXIE, | No. 2:12-cv-02626-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TIM VIRGA, et al., | |
| Defendants. | |

Pursuant to the parties' signed stipulation (ECF No. 107), this action is DISMISSED with prejudice, with each side to bear its own attorney's fees and costs. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: August 3, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT